**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 16-4145
_____

FREDERICK M. WEINBERG; JANICE T. NINI,
                                                                    Appellants

v.

SCOTT E. KAPLAN, LLC


On Appeal from the United States District Court
for the District of New Jersey
(District Court No.: 3-16-cv-04913)


ORDER AMENDING OPINION


It has come to the Clerk's attention that the caption was incorrect on the Court's Opinion and Judgment entered August 21, 2017, and did not include the second Appellant Janice T. Nini. It is noted that the opinion addressed the claims on behalf of both husband and wife. Accordingly, It is hereby O R D E R E D that the caption on the opinion filed on August 21, 2017 is amended as follows:


FREDERICK M. WEINBERG; JANICE T. NINI,
                                                                    Appellants

v.

SCOTT E. KAPLAN, LLC

In addition, an Amended Judgment and Amended Mandate will be issued.

For the Court,

Marcia M. Waldron

Marcia M. Waldron, Clerk

Date: September 14, 2017
CJG/cc:     Peter A. Ouda, Esq.
             William G. Wright, Esq.